**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                )
                                      )
  NANCY KAY YEAGER                    )
  SSN: XXX-XX-9638                    )          CASE NO. 03-53522
                                      )                CHAPTER 7
                                      )          JUDGE J. E. HOFFMAN, JR.
       Debtor                         )


**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND**
**UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $112.68 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and address(es) of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name** | **Claim No.** | **Amt. Of Dividend** |
|---|---|---|
| Fleet Credit Card Service<br>P.O. Box 1016<br>Horsham, PA 19044 | 1 | 16.81 |
| Chase Manhattan Bank USA NA<br>c/o Chase Bankcard Services Inc.<br>P.O. Box 52176<br>Phoeniz, AZ 85072-2176 | 7 | 95.87 |

Total Unclaimed/Small                     Total Unclaimed
Dividends $25.00 or under                 Dividends Over $25.00

|  |  |
|---|---|
| 16.81 | $ 95.87 |

Dated:  June 14, 2010                    /s/D. William Davis
                                         D. William Davis,
                                         Atty. Reg. No. 0019639
                                         DAVIS LAW OFFICE
                                         407-A Howard Street
                                         Bridgeport, OH 43912
                                         Telephone:  (740) 635-1217
                                         Fax:  (740) 633-9843
                                         dwilliamdavis@comcast.net